UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | EDCV 25-03634-HDV (AS) | Date | February 26, 2026 |
|---|---|---|---|
| Title | *Joel Trejo v. DHS and ICE* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **ORDER TO SHOW CAUSE**

On December 1, 2025, Petitioner, proceeding *pro se,* filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), challenging his ongoing civil immigration detention at the Adelanto ICE Processing Center within this District. (Dkt. No. 1). The Petition was initially filed, erroneously, in the United States Court of Appeals for the Ninth Circuit, which transferred the matter to this Court on January 14, 2026. (Dkt. No. 2). On January 23, 2026, the Court issued an Order requiring Respondents to file a response to the Petition by February 23, 2026. (Dkt. No. 7).

Since then, copies of the Court's orders and notices mailed to Petitioner have been returned as undeliverable, indicating that Petitioner is no longer detained at Adelanto. (See Dkt. Nos. 10-15, 18-19). Because it is unclear whether Petitioner has been released from custody, removed from the United States, or simply moved to a different detention facility, the Court ordered Respondents on February 11, 2026, to file a notice by no later than February 20, 2026, informing the Court of Petitioner's current address/location and status, to the extent Respondents can provide such information.

As of this date, Respondents still have not filed that notice, nor have they responded to the Petition. Therefore, Respondents are **ORDERED TO SHOW CAUSE** in writing, within **seven (7) days** of the date of this Order (by no later than March 5, 2026), why the Petition should not be granted and/or why sanctions should not be imposed due to Respondents' failure to comply with the Court's orders. Respondents may discharge this Order by filing a response to the Petition and a notice informing the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | EDCV 25-03634-HDV (AS) | Date | February 26, 2026 |
|---|---|---|---|
| Title | *Joel Trejo v. DHS and ICE* | | |

Court of Petitioner's current address/location and status, in accordance with the Court's orders of January 23 and February 11, respectively.

IT IS SO ORDERED.

cc:    Hernan D. Vera
       United States District Judge

|  |  |  | 0 | : | 00 |
|---|---|---|---|---|---|
| | | Initials of Preparer | AF | | |