JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| JOEL TREJO,<br><br>                    Petitioner,<br><br>        v.<br><br> DEPARTMENT OF HOMELAND SECURITY and IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                    Respondents. | Case No. CV 25-3634-HDV (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED and dismissed without prejudice.

DATED: April 3, 2026

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE